**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

**Fort Myers Division**

CASE NO. _____

JURY TRIAL DEMANDED

Karley Stokes, an individual

    Plaintiff,

vs.

Linda Green, an Individual,

Defendant.
_____/

**EXHIBIT A TO COMPLAINT**
(Filed October 17, 2022)



**LMG to KS 2021**

**ELLE Solo Page:**

| Month | Page Revenue | Admin Fee | Net to Allocate | 20% | 80% | Total For KS |
|---|---|---|---|---|---|---|
| August | 33,947.02 | 5,200.00 | 28,747.02 | 5,749.40 | 22,997.62 | 10,949.40 |
| September | 26,092.45 | 5,200.00 | 20,892.45 | 4,178.49 | 16,713.96 | 9,378.49 |
| October | 23,761.81 | 5,200.00 | 18,561.81 | 3,712.36 | 14,849.45 | 8,912.36 |
| November | 21,704.23 | 5,200.00 | 16,504.23 | 3,300.85 | 13,203.38 | 8,500.85 |
| December | 26,025.10 | 5,200.00 | 20,825.10 | 4,165.02 | 16,660.08 | 9,365.02 |

**Mom & Daughter Page:**

| Month | Page Revenue | Admin Fee | Net to Allocate | 70% | 30% | Total For KS |
|---|---|---|---|---|---|---|
| August | 111,002.39 | 135.00 | 110,867.39 | 77,607.17 | 33,260.22 | 77,607.17 |
| September | 87,334.69 | 135.00 | 87,199.69 | 61,039.78 | 26,159.91 | 61,039.78 |
| October | 88,192.67 | 135.00 | 88,057.67 | 61,640.37 | 26,417.30 | 61,640.37 |
| November | 78,918.10 | 135.00 | 78,783.10 | 55,148.17 | 23,634.93 | 55,148.17 |
| December | 88,198.99 | 135.00 | 88,063.99 | 61,644.79 | 26,419.20 | 61,644.79 |

**Combine Above:**

| | Due to KS | Paid By LMG | Variance | |
|---|---|---|---|---|
| August | 88,556.57 | 88,445.41 | -111.16 | |
| September | 70,418.27 | 70,590.00 | 171.73 | |
| October | 70,552.73 | 71,027.67 | 474.94 | |
| November | 63,649.02 | 63,900.07 | 251.05 | |
| December | 71,009.81 | 82,618.95 | 11,609.14 | |
| Total | | | 12,395.70 | Owed to LMG |

**LMG to KS 2022**

**ELLE Solo Page:**

| Month | Page Revenue | Admin Fee | Net to Allocate | 20% | 80% | Total For KS |
|---|---|---|---|---|---|---|
| January | 34,482.48 | 5,200.00 | 29,282.48 | 5,856.50 | 23,425.98 | 11,056.50 |
| February | 33,443.43 | 5,200.00 | 28,243.43 | 5,648.69 | 22,594.74 | 10,848.69 |
| March | 49,666.66 | 5,200.00 | 44,466.66 | 8,893.33 | 35,573.33 | 14,093.33 |
| April | 52,481.46 | 5,200.00 | 47,281.46 | 9,456.29 | 37,825.17 | 14,656.29 |
| May | 46,921.26 | 5,200.00 | 41,721.26 | 8,344.25 | 33,377.01 | 13,544.25 |

**Mom & Daughter Page:**

| Month | Page Revenue | Admin Fee | Net to Allocate | 70% | 30% | Total For KS |
|---|---|---|---|---|---|---|
| January | 87,200.94 | 135.00 | 87,065.94 | 60,946.16 | 26,119.78 | 60,946.16 |
| February | 88,771.33 | 135.00 | 88,636.33 | 62,045.43 | 26,590.90 | 62,045.43 |
| March | 92,239.44 | 135.00 | 92,104.44 | 64,473.11 | 27,631.33 | 64,473.11 |
| April | 84,409.93 | 135.00 | 84,274.93 | 58,992.45 | 25,282.48 | 58,992.45 |
| May | 82,877.90 | 135.00 | 82,742.90 | 57,920.03 | 24,822.87 | 57,920.03 |

**Combine Above:**

| | Due to KS | Paid By LMG | Variance | |
|---|---|---|---|---|
| August | 72,002.66 | 72,138.83 | 136.17 | |
| September | 72,894.12 | 67,861.26 | -5,032.86 | |
| October | 78,566.44 | 78,654.34 | 87.90 | |
| November | 73,648.74 | 73,633.19 | -15.55 | |
| December | 71,464.28 | 66,290.00 | -5,174.28 | |
| Total | | | (9,998.62) | Owed to KS |

12