**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

**Fort Myers Division**

CASE NO. _____

JURY TRIAL DEMANDED

Karley Stokes, an individual

    Plaintiff,

vs.

Linda Green, an Individual,

Defendant.
_____/

# EXHIBIT C TO COMPLAINT
(Filed October 17, 2022)

